UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | Criminal No. 3:25-cr-00177 |
| | ) | |
| vs. | ) | |
| | ) | DEFENDANT'S MOTION |
| Jeremie Richard Castoreno, | ) | TO CONTINUE |
| | ) | SENTENCING HEARING |
| | ) | |
| Defendant. | | |

The Defendant, Jeremie Richard Castoreno, by and through their attorney, Mirranda Nelson, and moves the Court for its Order continuing the Sentencing Hearing set for January 9, 2026 at 1:00 PM in Fargo Courtroom 1 before Chief Judge Peter D. Welte.

As grounds, Defendant states:

1. Defendant appeared on this single-count Information on August 18, 2025 for an Initial appearance.

2. Mr. Castoreno appeared at the Waiver of Indictment and Plea Hearing on October 6, 2025 and pled guilty to the sole count of the Information, Conspiracy to Possess with Intent to Distribute and Distribute a Controlled Substance.

3. Mr. Castoreno is currently scheduled for a Sentencing Hearing on January 9, 2026.

4. Counsel received the Presentence Investigation Report on January 2, 2026. There is not enough time to make potential changes or objections to the PSIR from receipt of the same to Sentencing.

5. Counsel has spoken to Mr. Castoreno, who agrees with the need for a continuance.

6. The undersigned, further, represents to the Court that this motion is made neither for purposes of undue delay nor other improper reason.

WHEREFORE, Defendant requests that the Court continue the Sentencing Hearing currently scheduled for January 9, 2026.

Dated this 4th day of January, 2026.

/s/ Mirranda L. Nelson
ND License No.:  09080
FOR:  Nelson Law Firm, PLLC
P.O. Box 5355
Grand Forks, ND 58206
Telephone: (701) 317-4907
Email: mirranda.nelson@gmail.com
Service: Nelsonlawfirm4720@gmail.com
ATTORNEY FOR THE DEFENDANT